UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ADAM R. LONG, L2 CAPITAL, LLC, and  )<br>OASIS CAPITAL, LLC,  )<br>)<br>Defendants.  ) | Case No. 23-cv-14260<br><br>District Judge Sunil R. Harjani<br><br>Magistrate Judge Heather McShain |

## JOINT STATUS REPORT

Plaintiff, Securities and Exchange Commission ("SEC") and Defendants, Adam R. Long, L2 Capital, LLC, and Oasis Capital, LLC ("Defendants"), pursuant to this Court's September 30, 2024, minute order [Docket No. 40], state as follows:

1. <u>Status of Written Discovery</u>

The SEC served responses to Defendants' First Requests for Admissions on September 30, 2024. The SEC served responses to Defendants' First Set of Interrogatories on October 7, 2024.

The SEC served notices of five depositions, and subpoenas for the third party depositions, on November 26, 2024. The SEC also served notices of two Rule 30(b)(6) depositions on November 27, 2024. The parties have also discussed scheduling issues related to these depositions, and will continue to do so.

2. <u>Status of Settlement Discussions</u>

The parties have had additional communications regarding the possibility of settlement, and have exchanged preliminary calculations on this issue. The parties expect to make progress on this issue. However, the parties do not request a settlement conference at this time.

Dated: December 2, 2024.

Respectfully submitted,

*/s/Robert M. Moye*
Robert M. Moye (moyer@sec.gov)
Regina LaMonica (LaMonicaR@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-1051

*Counsel for Plaintiff, U.S. Securities and Exchange Commission*

*/s/Mark David Hunter*
Mark David Hunter (mhunter@htflawyers.com)
Jenny Johnson-Sardella (jsardella@htflawyers.com)
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, FL 33134
(305) 629-1180

*Counsel for Defendants, Adam R. Long, L2 Capital, LLC, and Oasis Capital, LLC*