UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ADAM R. LONG, L2 CAPITAL, LLC, and OASIS CAPITAL, LLC, <br><br> Defendants. | Case No. 23-cv-14260 <br><br> District Judge Sunil R. Harjani <br><br> Magistrate Judge Heather McShain |

### JOINT STATUS REPORT AND REQUEST FOR STAY

Plaintiff, Securities and Exchange Commission ("SEC") and Defendants, Adam R. Long, L2 Capital, LLC, and Oasis Capital, LLC, pursuant to this Court's January 31, 2024, minute order [Docket No. 45], state as follows:

1. Status of Discovery

The parties have completed fact discovery. Since the Court granted the parties' recent agreed motion to extend fact discovery [Docket No. 44], the SEC has taken one additional deposition and conducted one interview of a third-party witness.

There are no discovery disputes which require a resolution by the Court.

2. Status of Settlement Discussions

The parties have reached a potential resolution of this matter. However, that potential resolution requires the formal approval of the SEC's Commissioners.

Accordingly, counsel for the SEC will circulate the parties' proposal within the SEC for review and comment, and then will submit that proposal to the SEC's Commissioners for their

review and decision. Given the press of other Commission business, this process is expected to take several weeks.

    3.    <u>Joint Request for a Stay</u>

The parties agree that it would be preferable, and more efficient, to defer any further proceedings in this matter until after the SEC's Commissioners review and decide on the parties' proposed resolution. Accordingly, the parties jointly request that this case be stayed for 60 days. At the direction of the Court, the SEC will file an agreed motion requesting a stay.

Dated: March 10, 2025.

Respectfully submitted,

*/s/Robert M. Moye*
Robert M. Moye (moyer@sec.gov)
Regina LaMonica (LaMonicaR@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-1051

*Counsel for Plaintiff, U.S. Securities and Exchange Commission*


*/s/Mark David Hunter*
Mark David Hunter (mhunter@htflawyers.com)
Jenny Johnson-Sardella (jsardella@htflawyers.com)
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, FL 33134
(305) 629-1180

*Counsel for Defendants, Adam R. Long, L2 Capital, LLC, and Oasis Capital, LLC*