**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 23-cv-14260** |
| **v.** | ) | |
| | ) | |
| **ADAM R. LONG, L2 CAPITAL, LLC, and OASIS CAPITAL, LLC,** | ) | **District Judge Sunil R. Harjani** |
| | ) | |
| | ) | **Magistrate Judge Heather McShain** |
| **Defendants.** | ) | |

### JOINT REPORT ON STATUS OF SETTLEMENT

Plaintiff, Securities and Exchange Commission ("SEC") and Defendants, Adam R. Long, L2 Capital, LLC, and Oasis Capital, LLC, pursuant to this Court's March 11, 2025, minute order [Docket No. 49], state as follows:

#### Status of Settlement

As reported in the parties' March 10, 2025 Joint Status Report and Request for Stay [Docket No. 48], the parties have reached a potential resolution of this matter which requires the formal approval of the SEC's Commissioners.

Counsel for the SEC has circulated the parties' proposal within the SEC for review and comment, and intends to submit that proposal to the SEC's Commissioners for their review and decision. However, given the press of other Commission business, this process is still ongoing. Counsel for the SEC believes it will be able to obtain the Commission's decision before the Court's stay expires on May 8, 2025 and will inform the Court of the status of the proposed resolution of this case on or before that date.

Dated: April 9, 2025.

Respectfully submitted,


**/s/Robert M. Moye**
Robert M. Moye (moyer@sec.gov)
Regina LaMonica (LaMonicaR@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-1051

*Counsel for Plaintiff, U.S. Securities
and Exchange Commission*


**/s/Mark David Hunter**
Mark David Hunter (mhunter@htflawyers.com)
Jenny Johnson-Sardella (jsardella@htflawyers.com)
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, FL 33131
(305) 629-1180

*Counsel for Defendants, Adam R. Long, L2 Capital, LLC,
and Oasis Capital, LLC*