UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No.: 23-cv-14260

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ADAM R. LONG, L2 CAPITAL, LLC, and OASIS CAPITAL, LLC,<br>　　　　　　　　　Defendants. | **District Judge Sunil R. Harjani**<br><br>**Magistrate Judge Heather McShain** |

## NOTICE OF STRIKING

　　Defendants Adam R. Long, L2 Capital, LLC and Oasis Capital, LLC, by and through their undersigned counsel, hereby gives notice of striking previously filed Unopposed Motin to Postpone Status Hearing (Docket Entry 53), which was inadvertently filed incorrectly.

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully submitted,<br><br>*/s/ Mark David Hunter*<br>Mark David Hunter, Esquire<br>N.D.I.L. Bar I.D. No. 12995<br>Jenny Johnson-Sardella, Esquire<br>N.D.I.L. Bar I.D. No. 67372<br>Hunter Taubman Fischer & Li LLC<br>848 Brickell Avenue, Suite 200<br>Tel:　(305) 629-1180<br>Miami, Florida 33131<br>E-mail: mhunter@htflawyers.com<br>　　　　jsardella@htflawyers.com<br><br>*Counsel for Defendants Adam R. Long, L2 Capital, LLC and Oasis Capital, LLC* |

1

**CERTIFICATE OF SERVICE**

      I, Mark David Hunter, do hereby certify that on May 2, 2025, a true and correct copy of the foregoing document was electronically filed and served. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Mark David Hunter*
                                        Mark David Hunter