# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Case No.: 23-cv-14260**

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

          **Plaintiff,**

v.

ADAM R. LONG, L2 CAPITAL, LLC, and
OASIS CAPITAL, LLC,

          **Defendants.**

**District Judge Sunil R. Harjani**

**Magistrate Judge Heather McShain**

---

### DEFENDANTS ADAM R. LONG, L2 CAPITAL, LLC,
### AND OASIS CAPITAL, LLC'S UNOPPOSED MOTION TO
### <u>POSTPONE STATUS HEARING</u>

Pursuant to Rules 6(b) of the Federal Rules of Civil Procedure, Defendants Adam R. Long ("Mr. Long"), L2 Capital, LLC ("L2 Capital"), and Oasis Capital, LLC ("Oasis") (collectively, the "Defendants"), by and through their undersigned counsel, respectfully requests that the Court postpone the scheduled status hearing set for May 13, 2025, at 9:15 a.m. (Docket Entry ("D.E.") 50).

1.      On March 10, 2025, the parties filed a Joint Status Report and Request for Stay (D.E. 48) due to the potential settlement of this matter.

2.      On March 11, 2025, the Court entered a Minute Entry staying further discovery in this matter and ordering that the parties submit a joint status report on April 11, 2025 (D.E. 49).

3.      On April 9, 2025, the parties filed a Joint Report on Status of Settlement (D.E. 51) advising the Court that the Counsel for the Securities and Exchange Commission (the "Commission") had circulated the parties' proposal within the Commission for review and

1

comment and that Counsel for the Commission believed that it would be able to obtain the Commission's decision before the stay expires on May 8, 2025. However, Counsel for the Commission recently advised Counsel for the Defendants that they expect a decision from the Commission within a week but could not guarantee the same.

4.     Accordingly, Defendants respectfully requests that the status hearing set for May 13, 2025, be postponed to a later date to allow the parties to finalize the potential settlement. This is the second request to postpone the status hearing. Defendants have consulted with counsel for the Commission regarding this motion, and the Commission does not oppose Defendants' request for postponement.

Dated:  May 2, 2025

Respectfully submitted,

*/s/ Mark David Hunter*
Mark David Hunter, Esquire
N.D.I.L. Bar I.D. No. 12995
Jenny Johnson-Sardella, Esquire
N.D.I.L. Bar I.D. No. 67372
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Tel:     (305) 629-1180
Miami, Florida 33131
E-mail: mhunter@htflawyers.com
          jsardella@htflawyers.com

*Counsel  for  Defendants Adam R. Long, L2 Capital, LLC and Oasis Capital, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Mark David Hunter, do hereby certify that on May 2, 2025, a true and correct copy of the foregoing document was electronically filed and served.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Mark David Hunter*
Mark David Hunter