UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 23-cv-14260 |
| v. | ) ) |
| ADAM R. LONG, L2 CAPITAL, LLC, and OASIS CAPITAL, LLC, | ) ) ) District Judge Sunil R. Harjani ) ) Magistrate Judge Heather McShain |
| Defendants. | ) |

**SECOND JOINT REPORT ON STATUS OF SETTLEMENT**

Plaintiff, Securities and Exchange Commission ("SEC") and Defendants, Adam R. Long, L2 Capital, LLC, and Oasis Capital, LLC, pursuant to this Court's April 10, 2025, minute order [Docket No. 52], state as follows:

Status of Settlement

As stated in Defendants' May 2, 2025 Unopposed Motion to Postpone Status Hearing [Docket No. 55], the parties' potential resolution of this matter is pending before the SEC's Commissioners for approval.

Counsel for the SEC has submitted the parties' proposal to the SEC's Commissioners for their review and decision. However, given the press of other Commission business, this process is still ongoing. Counsel for the SEC believes it will be able to obtain the Commission's decision shortly, and will inform the Court as soon as that occurs before the Court's June 12, 2015 status hearing.

Dated: May 8, 2025.

Respectfully submitted,

**/s/Robert M. Moye**
Robert M. Moye (moyer@sec.gov)
Regina LaMonica (LaMonicaR@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-1051

*Counsel for Plaintiff, U.S. Securities and Exchange Commission*


**/s/Mark David Hunter**
Mark David Hunter (mhunter@htflawyers.com)
Jenny Johnson-Sardella (jsardella@htflawyers.com)
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, FL 33131
(305) 629-1180

*Counsel for Defendants, Adam R. Long, L2 Capital, LLC, and Oasis Capital, LLC*