# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 23-cv-14260 |
| v. | ) ) |
| ADAM R. LONG, L2 CAPITAL, LLC, and OASIS CAPITAL, LLC, | ) ) ) District Judge Sunil R. Harjani ) ) Magistrate Judge Heather McShain |
| Defendants. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Regina LaMonica respectfully requests to withdraw as counsel in this matter, and states as follows:

1. The undersigned will be resigning her position with the U.S. Securities and Exchange Commission ("SEC") effective May 23, 2025.

2. The SEC continues to be represented in this litigation by Robert M. Moye. Mr. Moye is a member of the Court's Trial Bar.

WHEREFORE, Regina LaMonica respectfully requests leave to withdraw as counsel for the SEC in this matter.

DATED: May 21, 2025

/s/ Regina LaMonica
Regina LaMonica
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604
Telephone: (312) 353-4260
Email: lamonicar@sec.gov